IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01186-AP

WANBLI WINTERHAWK,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.**      **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

Plaintiff *Pro Se*:

Wanbli Winterhawk
2947 Hwy 91
Leadville, CO 80461
719-486-1728
winterhawkdragon@yahoo.co

For Defendant:

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act,
42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

**A.      Date Complaint Was Filed:** defective complaint filed 6/19/06; cured 7/18/06.
**B.      Date Complaint Was Served on U.S. Attorney's Office:**  8/23/06
**C.      Date Answer and Administrative Record Were Filed**: 10/20/06

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states that "record is incomplete and inaccurate due to inaccuracies in
Judges account and incompetent medical records collected by S.S.A."

Defendant states that the record is complete.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff states that he "intends to submit additional evidence and a true account."

Defendant does not intend to submit additional evidence, but requests that the
Court order Plaintiff to submit, with his opening brief, any additional evidence not
contained in the certified record and an explanation for the relevance of any such
additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL
         CLAIMS OR DEFENSES**

Plaintiff states that the case raises unusual claims and defenses.

Defendant states, to the best of her knowledge, that the case does not raise any unusual
claims or defenses.

**7.      OTHER MATTERS**

"Plaintiff demands qualified, Orthopedic surgeon, medical record (accurate) and
that true medical conditions be recognized."

Defendant states she has no other matters.

2

**8.**     **PROPOSED BRIEFING SCHEDULE**

Because of Plaintiff's intent to submit additional evidence, as well as the number of cases and other workload assigned to counsel for Defendant, the parties agree to the following:

**A.**     **Plaintiff's Opening Brief Due:**          December 29, 2006
**B.**     **Defendant's Response Brief Due:**     January 29,  2007
**C.**     **Plaintiff's  Reply Brief (If Any) Due:** February 13, 2007

**9.**     **STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff "demands oral argument, only if written statement is not accepted as the truth by the defendant or the Court."
.

Defendant does not request oral argument.

**10.**     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A.**     **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
**B.**     **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**     **OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.**     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that  the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 13th day of November, 2006.

BY THE COURT:


 *S/John L. Kane*               
U.S. DISTRICT COURT JUDGE

3

APPROVED:


s/Wanbli Winterhawk 11/13/06                    TROY A. EID
                                                UNITED STATES ATTORNEY

Wanbli Winterhawk
2947 Hwy 91                                     KURT J. BOHN
Leadville, CO 80461                             Assistant U.S. Attorney
719-486-1728                                    kurt.bohn@usdoj.gov
winterhawkdragon@yahoo.com

                                                s/Debra J. Meachum 11/13/06
Plaintiff *Pro Se*                              By: Debra J. Meachum
                                                Special Assistant U.S. Attorney
                                                1961 Stout St., Suite 1001A
                                                        Denver, Colorado  80294
                                                Telephone: (303) 844-1570
                                                debra.meachum@ssa.gov

                                                Attorneys for Defendant.